IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-CR-200-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUIAN DU,

    Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE

---

This matter is before the Court on defendant's Motion to Exonerate Bond and for Return of Passport (Dkt. # 144).  The government is DIRECTED to respond to this motion no later than **5:00 p.m. April 17, 2006.**

DATED: April 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge