IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00200-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RUIAN DU,

     Defendant.

_____

**ORDER**
_____

     Defendant's Unopposed Motion to Permit the Defendant to Leave the County

(Dkt. # 149) is GRANTED.

     DATED May 30, 2006.

                    BY THE COURT:

                    *s: Phillip S. Figa*

                    _____
                    Phillip S. Figa
                    United States District Judge